IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| WOODBURCK NOE, #148475, ) | |
| ) | |
| Plaintiff, ) | |
| v.   ) | CASE NO.  2:04-cv-1167-F |
| ) | WO |
| COI PARKS, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff and that this action is dismissed without prejudice.

DONE this 21st day of March, 2005.

                                                     /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE